# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0302. JAMES KEVIN EXUM, SR. v. THE STATE.

In 2016, James Exum was sentenced as a first offender to five years' probation for theft by conversion. In 2017, the State petitioned to revoke Exum's probation on the ground that he had refused substance abuse treatment. Following a hearing, the trial court found that Exum had violated the terms of his probation, and it adjudicated him guilty of theft by conversion and revoked two years of his probation. Exum moved for a new hearing, but the trial court denied the motion. Exum then filed this direct appeal.

Because the underlying subject matter of Exum's appeal is the revocation of his "first offender" probation, he was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). Exum's failure to file an application for discretionary appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/27/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*